1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MATTHEW EDWARD NORTON,                    Case No.  2:23-cv-01762-JDP (HC)

12              Petitioner,                    **ORDER TO SHOW CAUSE**

13        v.                                   RESPONSE DUE WITHIN TWENTY-ONE
                                               DAYS
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION,

16              Respondent.

17

18        On November 2, 2023, I screened petitioner's petition for a writ of habeas corpus and

19   notified him that it failed to state a viable claim.  ECF No. 5.  I granted him thirty days to file an

20   amended petition.  *Id.*  To date, petitioner has not done so.

21        To manage its docket effectively, the court imposes deadlines and requires litigants to

22   meet those deadlines.  The court may dismiss a case based on petitioner's failure to prosecute or

23   failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres.*

24   *Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our

25   sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at

26   least under certain circumstances.").  Involuntary dismissal is a harsh penalty, but the court has a

27   duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

28   *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1    Petitioner will be given an opportunity to explain why the court should not dismiss his

2    case for failure to file an amended petition.  Petitioner's failure to respond to this order will

3    constitute a failure to comply with a court order and will result in dismissal of this case.

4    Accordingly, petitioner must show cause within twenty-one days of the date of entry of this order

5    why the court should not dismiss his case for failure to prosecute and for failure to comply with a

6    court order.  Should petitioner wish to continue with this lawsuit, he shall also file, within twenty-

7    one days, an amended petition for writ of habeas corpus.

8
     IT IS SO ORDERED.
9

10
     Dated:    December 26, 2023    _____
11
                                   JEREMY D. PETERSON
12                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28