1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MATTHEW EDWARD NORTON,                    Case No.  2:23-cv-01762-WBS-JDP (HC)

12                    Petitioner,

13        v.                                   ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION,

16                    Respondent.

17

18        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

20   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On February 5, 2024, the magistrate judge filed findings and recommendations herein

22   which were served on petitioner, and which contained notice to petitioner that any objections to

23   the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

24   objections to the findings and recommendations.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26   court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

27   court finds the findings and recommendations to be supported by the record and by proper

28   analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 5, 2024, are adopted in full;

2.  This action is dismissed for failure to prosecute and for failure to state a claim upon which relief could be granted, for the reasons set forth in the magistrate judge's December 26, 2023 order;

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.  The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated:  March 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2